THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELLIOTT-FISHER COMPANY, Appellant, *v.* WILLIAM H. SOHMER, as Comptroller of the State of New York, Respondent.

*People ex rel. Elliott-Fisher Co.* v. *Sohmer*, 148 App. Div. 514 affirmed.

(Submitted June 4, 1912; decided June 18, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 9, 1912, which affirmed a determination of the defendant in assessing a license tax upon the relator for the privilege of doing business in this state.

*Cornelius C. Beekman* for appellant.

*Thomas Carmody, Attorney-General (Franklin Kennedy* of counsel), for respondent.

Order affirmed, with costs, on opinion of KELLOGG, J., below.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.